UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO LIZ, individually and as the representative of a class of similarly situated persons,

                Plaintiff,

-against-

JOMASHOP, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2024

24-CV-04921 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff filed the above-captioned action on June 28, 2024, *see* Dkt. No. 1, and Defendant was served on August 19, 2024, *see* Dkt. No. 7. Despite having been served, Defendants have not noticed an appearance in this action.

      This Court issued an Order directing the parties to "meet and confer for at least one hour in a good-faith attempt to settle this action" within thirty (30) days of service of the summons and complaint, and to file a joint letter informing the Court whether the parties have settled within an additional 45 days. Dkt. No. 5. The deadline for the parties to submit their joint letter was October 3, 2024, and no such letter has been filed.

      Accordingly, it is hereby ORDERED that the parties must submit a joint letter in accordance with Dkt. No. 5 no later than **October 25, 2024**. Furthermore, because Defendant has not appeared in this action, Plaintiff is hereby ORDERED (1) to notify counsel for Defendant of this Order by serving upon them a copy of this Order within two business days of the date of this Order; and (2) file proof of such notice with the Court within three business days of the date of this Order.

Dated: October 10, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge